No. 270. F. W. WOOLWORTH Co. v. DAVIS. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Richard K. Bridges* and *Randolph Shirk* for petitioner. *Mr. Peter Q. Nyce* for respondent.

No. 275. CENTRAL VERMONT TRANSPORTATION Co. v. THE HARFORD ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clarence Bishop Smith* for petitioner. *Messrs. T. Catesby Jones* and *James W. Ryan* for respondents.

No. 276. ATLANTIC REFINING Co. v. UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Ira Jewell Williams, Ira Jewell Williams, Jr., John H. Stone, Francis Shunk Brown*, and *Charles L. Guerin* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *J. Frank Staley* for the United States.

No. 277. DIAMOND SHOE Co. v. BURNET, COMMISSIONER OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. A. H. Frisch* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, Norman D. Keller, W. Marvin Smith*, and *Clarence M. Charest* for respondent.